[No. 8,230.—Department Two.]
July 20, 1882.

## ESTATE OF T. W. SIGOURNEY.

PAYMENT OF CLAIMS—INSOLVENT ESTATES—ESTATES OF DECEASED PERSONS.—
Whenever some of the creditors of an estate whose claims have been allowed, are paid any portion of their claims, a like proportion must be paid into the Court to await the final determination of actions commenced and pending against the administrator upon claims disallowed by him.

APPEAL by the administrator from an order in the Superior Court of the County of Nevada. CALDWELL, J.

The order directed the payment of fifty per cent. of the allowed claims of the estate which aggregated six thousand and eighty-one dollars and fifty-one cents. There were two suits against the estate involving the aggregate sum of one hundred and twelve thousand dollars.

*H. V. Reardon,* for Appellant.

*J. M. Walling,* for Respondents.

SHARPSTEIN, J.:

We do not doubt that the Code requires that whenever some of the creditors of an estate whose claims have been allowed, are paid any proportion of ·their claims, that a like proportion must be paid into the Court to await the final determination of actions commenced and pending against the administrator upon claims disallowed by him. (C. C. P. Secs. 1645–1648.)

And it appearing by the record in this case that the administrator has only twenty-one thousand eight hundred and forty-four dollars and two cents of *money* in his hands, and that the aggregate of claims allowed and in litigation exceeds the sum of one hundred and twenty-eight thousand dollars, exclusive of the costs and expenses of administration, which it is admitted will amount to fifteen thousand dollars, it is quite clear that the administrator can not pay to the creditors, whose · claims have been allowed, fifty per cent thereof, and into the Court to await the determination of suits upon claims not allowed a like proportion, and, therefore, the order of the Court requiring him to pay fifty per cent. of the claims of any of the creditors was erroneous.

Order reversed.

THORNTON, J., and MORRISON, C. J., concurred.